# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE DANETTE PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>Defendant. | **1:18-cv-01036-GSA**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

On August 1, 2018, Plaintiff Tracie Danette Perez filed a application to proceed *in forma pauperis*. Doc. 2. Upon review, it appears that Plaintiff may not have fully disclosed her financial situation. For example, Plaintiff declared that she fully supports herself and two mothers, owns a 2009 Ford Mustang valued at $4000,[1] and has a checking or savings account containing a nominal balance. Nonetheless, Plaintiff declared no income other than a CalFresh (formerly, food stamp) allowance of $352.00 monthly.

The Court is unable to process this application until Plaintiff fully disclosed her financial situation as required. Accordingly, **no later than August 31, 2018,** Plaintiff shall file either an

---

[1] Plaintiff provides no basis for the valuation of her Mustang, which, based on Kelley Blue Book valuation ranges, may be substantially undervalued.

1

amended application or a sworn declaration that the original application fully and accurately discloses her financial information. Plaintiff's counsel is reminded that it is important to review IFP applications for completeness and accuracy prior to filing the document in order to prevent delays and to promote judicial efficiency.

IT IS SO ORDERED.

Dated: **August 6, 2018**          **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE